VINCENT KISCHEL, Appellant, v. STEPHEN FLAMIK, Respondent.— In an action for false arrest and imprisonment, judgment for defendant unanimously affirmed, with costs. The showing as contained in the depositions and information called upon the defendant as a justice of the peace to make a judicial determination, for which he cannot be held liable even though it were erroneous. (*Vittorio* v. *St. Regis Paper Co.*, 239 N. Y. 148, 152; *Swart* v. *Rickard*, 148 id. 264; *Smith* v. *Bell & Fyfe Foundry Co.*, 127 App. Div. 278; *McCarg* v. *Burr*, 106 id. 275, 279.) Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

JOSEPH J. LUSARDI, Respondent, v. LOUISE JANE LUSARDI, Appellant.— Action for a divorce by a husband against a wife. After a jury had found against the wife in passing upon a framed issue submitted to them, an interlocutory judgment of divorce was entered in favor of the plaintiff husband. Interlocutory judgment unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.

THERESA LYONS, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— In an action by plaintiff to recover damages for personal injuries sustained when she fell on the floor of the women's toilet at defendant's Lorimer Street subway station, judgment for plaintiff reversed on the law and the facts, with costs, and complaint dismissed on the law, with costs. There was no proof of actual or constructive notice of the dangerous condition of which plaintiff complained. Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

MARY I. MACKIN, as Administratrix of JENNIE FARRELL, Deceased, Respondent, v. SOUTH BROOKLYN RAILWAY COMPANY, Appellant.— Action to recover damages for personal injuries to the decedent, and also for wrongful death, as a consequence of the decedent being struck by a trolley car of the defendant, at the street intersection of 18th avenue and McDonald avenue, borough of Brooklyn. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Taylor, JJ.